UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS  DIVISION

| | | |
|---|---|---|
| SANDRA HARRISON, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 1:05-cv-864-RLY-TAB |
| | ) | |
| LARUE D. CARTER MEMORIAL | ) | |
| HOSPITAL, | ) | |
| Defendant. | ) | |

**FINAL JUDGMENT**

Comes now the court, having this day **GRANTED** Defendant's Motion for

Summary Judgment, and enters judgment in its favor, and against the Plaintiff herein,

Sandra Harrison.

**SO ORDERED** this  8th   day of January 2007.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Laura Briggs, Clerk
United States District Court

/s/Christina L. Leighty
_____
By: Deputy Clerk

1

Electronic Copies to:

Andrew Dutkanych III
BIESECKER & DUTKANYCH LLC
ad@bdlegal.com

Kathryn Lynn Morgan
INDIANA STATE ATTORNEY GENERAL
Kathryn.Morgan@atg.in.gov

Juliana B. Pierce
INDIANA STATE ATTORNEY GENERAL
Julie.Pierce@atg.in.gov